**CITY OF MIDDLESBORO, Ky., Appellant,**

v.

**John ROWLAND et al., Appellees.**

Court of Appeals of Kentucky.

Nov. 11, 1960.

Glenn W. Denham, Middlesboro, for appellant.

William S. Tribell, Middlesboro, for appellee.

PER CURIAM.

Motion for appeal from a summary judgment of the Bell Circuit Court, W. R.

Knuckles, J., dismissing a $2,110 claim of the City of Middlesboro against two members of the Board of Control of said city's Sewerage and Sewage Disposal System on account of an improper payment made by the City Treasurer at their instance.

A review of the record discloses no prejudicial error.

Motion overruled. The judgment stands affirmed.

**Merle H. MIDDLETON, Appellant,**

v.

**GEORGE WASHINGTON LIFE INSURANCE COMPANY, Inc., Appellee.**

Court of Appeals of Kentucky.

Nov. 11, 1960.

Funk, Chancellor & Marshall, Chat Chancellor, Frankfort, for appellant.

William Murphy Howard, Lexington, for appellee.

PER CURIAM.

This is a motion for an appeal from a judgment cancelling a certain insurance policy for the reason that the policy was issued in reliance upon statements contained in the application for the insurance which were false.

An examination of the record convinces us that summary judgment was correctly entered in favor of appellee. See Reserve Life Insurance Company v. Thomas, Ky., 310 S.W.2d 267.

The motion for an appeal is overruled and the judgment stands affirmed.